IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

MARTHA A. CHEATHAM; SANDRA R. GILBERT;     PLAINTIFFS
JOY E. LADD; JOHN McCOY; SHERRY L.
PARHAM; CAROL D. STEGALL; BETTY M.
WELLS; JOSEPH E. JOHNSTON; JOHN R. KITCH;
DENISE PEOPLES; and MIKEL ANTHONY

VERSUS     CIVIL ACTION NO.: 2:02-cv-893
    Judge Eldon E. Fallon
    Mag. Judge Joseph Wilkinson, Jr.
    EDLA

ALLSTATE INSURANCE COMPANY     DEFENDANT

### AMENDED NOTICE OF APPEAL

NOTICE is hereby given that Martha A. Cheatham, Sandra R. Gilbert, Joy E. Ladd, John McCoy, Sherry L. Parham, Carol D. Stegall, Betty M. Wells, Joseph E. Johnston, John R. Kitch, Denise Peoples, and Mikel Anthony, Plaintiffs in the above civil action, appeal to United States Court of Appeals for the Fifth Circuit from the Order & Reasons dated May 3, 2005, and entered on May 4, 2005, granting Allstate Insurance Company's Motion for Summary Judgment.

RESPECTFULLY SUBMITTED this the __11__ day of May, 2005.

MARTHA A. CHEATHAM; SANDRA R. GILBERT; JOY E. LADD; JOHN McCOY; SHERRY L. PARHAM; CAROL D. STEGALL; BETTY M. WELLS; JOSEPH E. JOHNSTON; JOHN R. KITCH; DENISE PEOPLES; and MIKEL ANTHONY, PLAINTIFFS

BY: HOPKINS, BARVIÉ & HOPKINS, THEIR ATTORNEYS

BY: _____
MARIANO J. BARVIÉ, ESQ.

## CERTIFICATE OF SERVICE

I, the undersigned attorney for the Plaintiff, do hereby certify that I have this date mailed, postage prepaid by United States Mail, a true and correct copy of the above and foregoing Amended Notice of Appeal to the following counsel of record:

    Albert L. Vreeland, II, Esq.
    Lehr, Middlebrooks, Price & Vreeland
    Post Office Box 11945
    Birmingham, AL  35202-1945

    Peyton S. Irby, Jr., Esq.
    Watkins, Ludlam, Winter & Stennis
    Post Office Box 427
    Jackson, MS  39205-0427

This the _17_ day of May, 2005.

                                                                /s/ Mariano J. Barvié
                                                                 MARIANO J. BARVIÉ (MS Bar #10324)

**HOPKINS, BARVIÉ & HOPKINS, P.L.L.C.**
**ATTORNEYS AT LAW**
**2701 - 24TH AVENUE**
**POST OFFICE BOX 1510**
**GULFPORT, MS 39502-1510**
**(228) 864-2200 PHONE**
**(228) 868-9358 FAX**
**ATTORNEYS FOR PLAINTIFFS**