# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT



United States Court of Appeals
Fifth Circuit

**FILED**
August 24, 2006

Charles R. Fulbruge III
Clerk

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
SEP 18 2006
J.T. NOBLIN, CLERK
BY _____ DEPUTY

No. 05-60424
Summary Calendar

D.C. Docket No. 2:02-CV-893

MARTHA A CHEATHAM; SANDRA R GILBERT; JOY E LADD; JOHN MCCOY;
SHERRY L PARHAM; CAROL D STEGALL; BETTY M WELLS; JOHN R KITCH;
DENISE PEOPLES; MIKEL ANTHONY; JOSEPH E JOHNSTON

       Plaintiffs - Appellants-Cross-Appellees

v.

ALLSTATE INSURANCE COMPANY

       Defendant - Appellee-Cross-Appellant

Appeals from the United States District Court for the
Southern District of Mississippi, Hattiesburg.

Before SMITH, GARZA, and PRADO, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed in part and vacated in part, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

ISSUED AS MANDATE: SEP 15 2006

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
Deputy

New Orleans, Louisiana   SEP 15 2006